UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| WAYNE BRADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 4:15-CV-30-FL |
| PNC BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motions to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 8, 20915, and for the reasons set forth more specifically therein, that the defendant's motion to dismiss is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 8, 2015, and Copies To:**

Christopher B. Karlsson (via CM/ECF Notice of Electronic Filing)
John H. Anderson, Jr. (via CM.ECF Notice of Electronic Filing)
Wayne Brady (via U.S. Mail) 107 Trent Shore Drive, New Bern, NC 28562

| | |
|---|---|
| July 8, 2015 | JULIE RICHARDS JOHNSTON, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |